IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                   :
                                         :         In Chapter 13
    BRUCE K. TURNER                      :
                                         :         Bankruptcy No. 15-14580 (MDC)
                 Debtor.                 :
-------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #68) which was filed on August 27, 2016.

                                Respectfully submitted,

                                THE CITY OF PHILADELPHIA

Dated: July 29, 2016         By:   */s/ Megan N. Harper*
                                            MEGAN N. HARPER
                                            Deputy City Solicitor
                                            PA Attorney I.D. 81669
                                            Attorney for the City of Philadelphia
                                            And/or Water Revenue Bureau
                                            City of Philadelphia Law Department
                                            Municipal Services Building
                                            1401 JFK Boulevard, 5th Floor
                                            Philadelphia, PA  19102-1595
                                            215-686-0503 (phone)
                                            Email: Megan.Harper@phila.gov