**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Bruce K. Turner <br><br>     Debtor(s) <br>  and <br><br> JoAnna C Turner <br><br>     Codebtor(s) <br><br> Specialized Loan Servicing LLC, as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, or its Successor or Assignee <br>     Movant <br>  vs. <br><br> William C. Miller, Trustee <br> Bruce K. Turner <br> JoAnna C Turner <br>     Respondent(s) | Chapter 13 <br> Bankruptcy No. 15-14580-MDC |

**ORDER**

  AND NOW, this _____ day of _____, 20___, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED *effective sixty (60) days from the entry of this Order*, to permit Specialized Loan Servicing LLC, as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 4903 Parkside Ave, Philadelphia, Pennsylvania 19131.

                    _____
                    Honorable Magdeline D. Coleman
                    United States Bankruptcy Judge

cc.:

| | |
|---|---|
| William C. Miller <br> Chapter 13 Trustee <br> 1234 Market Street <br> Suite 1813 <br> Philadelphia, Pennsylvania 19107 | David A. Scholl, Esquire <br> Law Office of David A. Scholl <br> 512 Hoffman Street <br> Philadelphia, Pennsylvania 19148 |
| Ann E. Swartz, Esquire <br> McCabe, Weisberg & Conway <br> 123 S. Broad St., Suite 1400 <br> Philadelphia, PA 19109 | Bruce K. Turner <br> 4903 Parkside Avenue North <br> Philadelphia, Pennsylvania 19131 |

JoAnna C Turner
4903 Parkside Ave
Philadelphia, Pennsylvania 19131


Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107