UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruce K. Turner<br><br>　　　　　　Debtor(s)<br>　　and<br><br>JoAnna C Turner<br><br>　　　　　　Codebtor(s)<br><br>Specialized Loan Servicing LLC, as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, or its Successor or Assignee<br>　　　　　　Movant<br>　　　vs.<br><br>William C. Miller, Trustee<br>Bruce K. Turner<br>JoAnna C Turner<br>　　　　　　Respondent(s) | Chapter 13<br>Bankruptcy No. 15-14580-MDC |

## ORDER

AND NOW, this 15th day of August, 2017, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED *effective sixty (60) days from the entry of this Order*, to permit Specialized Loan Servicing LLC, as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 4903 Parkside Ave, Philadelphia, Pennsylvania 19131.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc.:
William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, Pennsylvania 19107

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

David A. Scholl, Esquire
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, Pennsylvania 19148

Bruce K. Turner
4903 Parkside Avenue North
Philadelphia, Pennsylvania 19131

JoAnna C Turner
4903 Parkside Ave
Philadelphia, Pennsylvania 19131

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107