United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 15-14580-mdc
Bruce K. Turner                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore            Page 1 of 1            Date Rcvd: Aug 16, 2017
                              Form ID: pdf900            Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
```
db             +Bruce K. Turner,    4903 Parkside Avenue North,    Philadelphia, PA 19131-2609
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2017 01:47:48
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2017 01:48:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Aug 17 2017 01:48:17     City of Philadelphia,
                 Law Revenue Bureau,   c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    US Bank, National Association, not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee ecfmail@mwc-law.com,  ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing
               agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal
               Title Trustee ecfmail@mwc-law.com
              DAVID A. SCHOLL    on behalf of Debtor Bruce K. Turner judgescholl@gmail.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    US Bank, National Association, not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruce K. Turner<br><br>               Debtor(s)<br>and<br><br>JoAnna C Turner<br><br>               Codebtor(s)<br><br>Specialized Loan Servicing LLC, as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, or its Successor or Assignee<br>               Movant<br>     vs.<br><br>William C. Miller, Trustee<br>Bruce K. Turner<br>JoAnna C Turner<br>               Respondent(s) | Chapter 13<br>Bankruptcy No. 15-14580-MDC |

## ORDER

AND NOW, this 15th day of August, 2017, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and 1301 be, and the same hereby is, MODIFIED *effective sixty (60) days from the entry of this Order*, to permit Specialized Loan Servicing LLC, as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 4903 Parkside Ave, Philadelphia, Pennsylvania 19131.

*Magdeline D. Coleman*
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

cc.:
William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, Pennsylvania 19107

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

David A. Scholl, Esquire
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, Pennsylvania 19148

Bruce K. Turner
4903 Parkside Avenue North
Philadelphia, Pennsylvania 19131

JoAnna C Turner
4903 Parkside Ave
Philadelphia, Pennsylvania 19131

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107