IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
BRUCE K. TURNER,            :        CHAPTER 13
Debtor
                            : BANKRUPTCY NO. 15-14580

ORDER SUR DEBTOR'S OBJECTIONS TO PROOF OF CLAIM FILED BY SPECIAL-
IZED LOAN SERVICING, LLC ("SLS")

AND NOW, this 21st day of ~~August, 2017~~ September, 2017 it is hereby ORDERED as follows:

1. The Objections are ~~SUSTAINED~~ OVERRULED.

2. ~~The Proof of Claim filed by SLS is DISALLOWED in its entirety.~~

*Magdeline D. Co_____*