United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-14580-mdc
Bruce K. Turner                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Sep 22, 2017
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
db         +Bruce K. Turner,    4903 Parkside Avenue North,   Philadelphia, PA 19131-2609
cr         +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
cr         +U.S. BANK NATIONAL ASSOCIATION,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Sep 23 2017 01:07:45     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2017 01:07:04     Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2017 01:07:28     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Sep 23 2017 01:07:45     City of Philadelphia,
             Law Revenue Bureau,   c/o Megan N. Harper, Esquire,   1401 John F. Kennedy Boulevard,
             5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    US Bank, National Association, not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee ecfmail@mwc-law.com,  ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing
               agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal
               Title Trustee ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank Trust National Association
               ecfmail@mwc-law.com
              DAVID A. SCHOLL    on behalf of Debtor Bruce K. Turner judgescholl@gmail.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    US Bank, National Association, not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

In re:
BRUCE K. TURNER,
Debtor

: CHAPTER 13

: BANKRUPTCY NO. 15-14580

ORDER SUR DEBTOR'S OBJECTIONS TO PROOF OF CLAIM FILED BY SPECIAL-
IZED LOAN SERVICING, LLC ("SLS")

AND NOW, this 21st day of ~~August, 2017~~ September, 2017 it is hereby ORDERED
as follows:

1. The Objections are ~~SUSTAINED~~ OVERRULED.

2. ~~The Proof of Claim filed by SLS is DISALLOWED in its entirety.~~

_Magdeline D. C_____