**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **BRUCE K. TURNER** | : |
| | : BANKRUPTCY NO. **15-14580 MDC** |
| Debtor (s) | |

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 12/14/2017 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: November 14, 2017

/s/Jacqueline M. Chandler, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105