United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-14580-mdc
Bruce K. Turner                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore            Page 1 of 2             Date Rcvd: Nov 14, 2017
                             Form ID: 152               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db            +Bruce K. Turner,    4903 Parkside Avenue North,    Philadelphia, PA 19131-2609
cr            +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13553796      +Bernard H. Fisher,    2614 Tonbridge Road,    Wilmington, DE 19810-1217
13553797      +JoAnna C. Turner,    4903 Parkside Ave. North,    Philadelphia, PA 19131-2609
13553800      +Pennsylvania Department of Revenue,    P.O. Box 281041,    Harrisburg, PA 17128-1041
13665968      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13979423       U.S. Bank Trust National Association,    c/o BSI Financial Services,    P.O. Box 679002,
                Attn: Payment Processing Department,    Dallas, Texas 75267-9002
13588537      +US Bank, National Association,    Rushmore Loan Management Services,    P.O. Box 55004,
                Irvine, CA 92619-5004
13553802       Water Revenue Department,    Philadelphia Revenue Department,    1401 JFK Blvd.,
                Philadelphia, PA 19102-1663
13553803      +Wells Fargo Bank, N.A., as Trustee,    8742 Lucent Blvd., suite 300,    Littleton, CO 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:30     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2017 02:09:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:30     City of Philadelphia,
                Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13553795      +E-mail/Text: broman@amhfcu.org Nov 15 2017 02:09:08     American Heritage Federal Credit Union,
                2060 Red Lion Road,    Philadelphia, PA 19115-1699
13641163       E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:30     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13598151      +E-mail/Text: bankruptcy@cavps.com Nov 15 2017 02:09:13     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13566969       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:09:04
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13553801      +E-mail/Text: blegal@phfa.org Nov 15 2017 02:09:07     Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13553798*     +JoAnna C. Turner,    4903 Parkside Ave. North,    Philadelphia, PA 19131-2609
13553799*     +JoAnna C.Turner,    4903 Parkside Avenue North,    Philadelphia, PA 19131-2609
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    US Bank, National Association, not in its individual
           capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor   U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
           National Association, as Legal Title Trustee ecfmail@mwc-law.com,   ecfmail@mwc-law.com

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2           Date Rcvd: Nov 14, 2017
                              Form ID: 152              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank Trust National Association ecfmail@mwc-law.com
          DAVID A. SCHOLL    on behalf of Debtor Bruce K. Turner judgescholl@gmail.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov
          THOMAS I. PULEO    on behalf of Creditor    US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                             TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Bruce K. Turner
    Debtor(s)

Case No: 15–14580–mdc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 12/14/17 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

133
Form 152