```
Aminah Y Shabazz                                                      0092
1001 City Ave
Wynnewood PA 19096              Date June 1, 2018

Pay to the
Order of   Wells Fargo Home Mortgage      $  1320.00
   one thousand three hundred twenty + xx/            Dollars

POLICE AND FIRE
FEDERAL CREDIT UNION
   PHILADELPHIA, PA

MEMO  0135568061                          [signature]
```

# M Gmail

david scholl <judgescholl@gmail.com>

## tracking for june payment
1 message

**AMINAH SHABAZZ** <aminahyshabazz@gmail.com>  Mon, Jul 2, 2018 at 1:14 PM
To: david scholl <judgescholl@gmail.com>

USPS Transaction Details
Return Address:
SHIP YOUR WAY

thelma brooks
4219 MAIN STREET
PHILA, PA 19127
Delivery Address:
MAC_X9999-QIN

1000 Blue Gentian Rd ste 300
Eagan, MN 55121-1786
Cost Code:
Print Date:
June 04, 2018 - 01:01:47 PM
Ship Date:
June 04, 2018
User:
store6332
Weight:
0 lbs 1 oz
Refund Type:
E-refund
Printed ByMgr:

Class Service:   First Class ®   $2.66
Special Services:   USPS Tracking

Insurance:   N/A

Total Cost:   $2.66

Tracking:
9400111899560362997311

