# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: BRUCE K. TURNER,                     :   CHAPTER 13

       Debtor                              :   BANKRUPTCY NO. 15-14580

## APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL FOR THE DEBTOR

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant has been counsel for the Debtor in this case since shortly before he filed this case on June 29, 2015, and has had the responsibility for all aspects of the Debtor's representation from that date to the present.

2. All services rendered for which compensation is requested were performed on behalf of the Debtor.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The period of the Application is from June 8, 2015, through July 5, 2018.

5. The total fees requested from the Debtors' estate through this period are $11,100.

6. This case was filed on June 29, 2015, by the undersigned.

7. No Application to appoint the Applicant as counsel for the Debtor was filed, since this is a Chapter 13 case.

8. The first services were performed by the Applicant in connection with this

case on June 8, 2015.

9. Compensation is requested under section 330.

10. Disclosure of compensation under Rule 2016(b) were filed for the one payment to counsel to date, totaling $1000 on June 30, 2015. A copy of this Statement is attached hereto as Exhibit "A." Although this document estimated the total fee at $7000, the duration of the case and the services provided turned out to be more than anticipated.

11. My billing rate for the period at issue is $200 per hour for all services which are designated (*) in the Fee Agreement.

12. A description of the services performed is included on the following pages.

WHEREFORE, the Applicant requests an award of $11,100.00 in compensation for services, less $1000 paid, or $10,100.00 in compensation, which is requested from funds held by the Trustee.

Dated: July 5, 2018                                              /s/DAVID A. SCHOLL

                                                                 512 Hoffman Street, Phila., PA. 19148


                                                                 610-550-1765

                                                                 Attorney for Debtor

EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Bruce K. Turner,      Case No. 15-14580

Name of Debtor(s)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept accept ................................................ $2,500.00*
   Prior to the filing of this statement I have received received ................................ $1000
   Balance Due .................................................................................................... $1500.00

2. The source of the compensation paid to me was:

   ☒ Debtor

3. The source of compensation to be paid to me is:

   ☒ Debtor

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee of $2500, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Amendments to schedules, statement of affairs, plan, and other documents

   b. Attending the rescheduled Meeting of Creditors

   c. Preparing and obtaining confirmation of an amended Chapter 13 plan

*By agreement with the debtor, the above-disclosed fee does not include any costs or expenses which arise in the case or representation in any extraordinary matters not referenced above, including filing and objecting to claims, filing and prosecuting motions and adversary proceedings, and defending any motions filed against the Debtor. For these services, the Debtor will be charged an additional $200/hr over the $2500 fee referenced above. It is estimated that the total fee will be approximately $7000.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 6-30-15      /s/David A. Scholl

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
BRUCE K. TURNER,
    Debtor

: CHAPTER 13
: BANKRUPTCY NO. 15-14580

## ORDER

AND NOW, this _____ day of August, 2018, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from June 8, 2015, through July 5, 2018, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $11,100 for this period. The trustee shall distribute $10,100 from the funds paid to him to the Applicant. The Debtor is authorized and directed to pay $ 10,100 to the Applicant.

_____
                                            J.

EXHIBIT "B"

## DESCRIPTION OF SERVICES

| DATE | SERVICES PERFORMED | TIME |
|---|---|---|
| 6/8/15 | Call from Client re Filing | 12 mins. |
| 6/15/15 | Review Prior Filings | 18 mins. |
| 6/16/15 | Call from Client & wife re His Filing | 18 mins. |
| 6/21/15 | Draft Schedules for Client | 1.5 hrs |
| 6/26/15 | Further work on Schedules | 1 hr. |
| 6/29/15 | Meet with Client | 1.5 hrs. |
|  | File Petition, Matrix, Counseling Cert. | 30 mins. |
| 6/30/15 | File 2016(b) | 12 mins. |
| 7/1/15 | File some Pay Stubs | 12 mmins. |
| 7/3/15 | Call Mortgagee re Filing | 12 mins. |
|  | File More Pay Stubs | 12 mins. |
| 7/5/15 | Review Schedules with Client | 36 mins. |
| 7/6/15 | Client in to Sign Schedules | 42 mins. |
| 7/8/15 | Finalize & File Schedules & Other Document | 42 mins. |
| 7/13/15 | Review 341 notice, Call Client | 12 mins. |
| 7/16/15 | Get Tax Returns, submit to Trustee | 18 mins. |
| 8/12/15 | Email from Flagler re Business documents | 12 mins. |
| 8/22/15 | Business Forms Delivered & Filed | 24 mins. |
| 9/4/15 | Prepare for Creditors Meeting | 30 mins. |
| 9/9/15 | Attend Creditors Meeting | 1 hr. |

| Date | Description | Time |
|---|---|---|
| | Amend Plan & File | 36 mins. |
| 9/22/15 | Review Objections to Conf. | 12 mins.* |
| 9/29/15 | Call client re Objections | 12 mins.* |
| 10/5/15 | File Monthly Report | 12 mins. |
| | Collected Materials & Draft Objection to MG Claim | 1 hr, 42 mins*. |
| 10/12/15 | Email to Jackie re Continuing Confirmation Hearing | 12 mins. |
| 10/14/15 | Email from Jackie, Confirmation Continued | 12 mins. |
| 11/2/15 | Monthly Report Filed | 12 mins. |
| 11/16/15 | Objection Continued, Client Doing Loan Mod. App. | 12 mins*. |
| 11/17/15 | Calls to Gornall, Eileen & Client, Continuing Objection | 18 mins.* |
| 12/3/15 | Filed Monthly Report | 12 mins. |
| 1/3/16 | Email to Jackie re Continuing Hearings | 30 mins. |
| 1/10/16 | Filed Monthly Report | 12 mins. |
| 1/11/16 | Calls to Gornall, Eileen, Client re Continue Hearing on Obj. | 30 mins.* |
| | Review Trustee's Motion to Dismiss | 12 mins.* |
| 1/16/16 | Objection filed & Served to City Claim | 1 hr.* |
| | Answer filed to Trustee's Motion to Dismiss | 24 mins.* |
| | Call to Client re Status of Above | 12 mins.* |
| 1/29/16 | Review Trustee's Objections | 6 mins. |
| 2/6/16 | File Monthly Report | 6 mins. |
| 2/7/16 | Review Letters re Loan Mod | 12 mins.* |
| 2/21/16 | Review City Response to Objection | 30 mins.* |
| 2/23-24/16 | Calls to Gornall, Eilen, Client re Hearings & Loan Mod | 30 mins.* |

| Date | Description | Time |
|---|---|---|
| 3/4/16 | File Monthly Report | 12 mins. |
|  | Emails to Harper re City Tax Returns | 12 mins.* |
| 3/20/16 | Review Stipulation from City | 12 mins.* |
| 3/26/16 | Execute City Stipulation | 12 mins.* |
| 3/29/16 | Calls to Gornall, Eileen, Client re Continuance of Hearings | 24 mins.* |
| 4/2/16 | Call from client. Check on Report | 12 mins. |
| 4/13/16 | File Monthly Report | 12 mins. |
| 4/20/16 | Call to Gornall re Objection | 6 mins.* |
| 4/22/16 | Calls to Gornall | 12 mins.* |
| 4/25/16 | Emaol from Gornall, Call to Client re Loan Mod | 12 mins.* |
| 4/27/16 | Review File for Hearing | 42 mins.* |
| 4/28/16 | Attend Hearing on Objection | 1 hr.* |
| 5/1-2/16 | Calls to Gornall | 6 mins.* |
| 5/11/16 | File Monthly Report | 12 mins. |
|  | Call 7 Email from Gornall | 12 mins.* |
| 5/13/16 | Receive & Review Loan Mod Documents | 42 mins.* |
| 5/14/16 | Email with Documents Back to Gornall | 18 mins.* |
| 5/17/16 | Emails to Gornall & Jackie, Call Eileen re Continuance | 30 mins.* |
| 6/11/16 | File Monthly Report | 12 mins. |
| 6/13/16 | Review City Objection to confirmation' | 18 mins.* |
| 6/15/16 | Amend Plan | 18 mins. |
| 6/17/16 | Serve Amended Plan; Call Gornall | 24 mins. |
| 6/21/16 | Received Mail re Loan Mod from Gornall | 18 mins.* |

| Date | Description | Time |
|---|---|---|
| | Email to Jackie re Hearings | 12 mins. |
| 6/22/16 | Email from Gornall & to Client | 18 mins.* |
| | Emails to & from Jackie | 18 mins. |
| | Prepare for Hearings | 30 mins. |
| 6/23/16 | Attend Hearing | 1.5 hrs. |
| 6/27/16 | Emails from Jackie, to Client | 24 mins. |
| | Email to Gornall with Info Requested | 24 mins.* |
| 7/1/16 | Email to Brady | 18 mins.* |
| | Mail Items. Brady Says Can't Read | 12 mins.* |
| 7/13/16 | File Monthly Report | 12 mins. |
| 7/22/16 | Email from Client forwarded to Brady | 18 mins.* |
| 7/28/16 | Email Back from Brady, Then Email to Client | 18 mins.* |
| | Third Amended Plan filed & Served | 30 mins. |
| 8/1/16 | Email, Call to Goldman re Loan Mod | 12 mins.* |
| 8/3/16 | Client in with Document Requested, Sent to Goldman | 18 mins.* |
| 8/4/16 | Court Hearing | 2 hrs. |
| 8/26/16 | Call to Client & KML. | 12 mins.* |
| 9/10/16 | File Monthly Report | 12 mins. |
| 9/19/16 | Emails from Goldman, to Client | 12 mins.* |
| 9/24/16 | Documents Received from Client | 18 mins.* |
| 9/25/16 | Email to Goldman with Documents | 12 mins.* |
| 9/27/16 | Emails to & from Jackie re Continuance | 18 mins. |
| 10/3/16 | Emails re Loan Mod Status | 12 mins.* |

| Date | Description | Time |
|---|---|---|
| 10/6/16 | More Emails re Loan Mod. Documents | 12 mins.* |
| 10/11/16 | Emails to Goldman re Loan Mod Requests | 30 mins.* |
| 10/21/16 | Calls to Goldman | 6 mins.* |
| 10/24/16 | Draft Long & short Form Fee Applications | 1 hr. |
| 11/1/16 | Emails to Jackie, from Goldman re Hearings | 30 mins. |
| 11/2/16 | Email, Call to Jackie re Continuance | 18 mins. |
| 11/5/16 | Email to Goldman, client re Loan Mod | 18 mins. |
|  | File Reports | 12 mins. |
| 11/9/16 | Email to Goldman | 12 mins.* |
| 11/14/16 | Received Letter from MG with Loan Mod Offer | 30 mins.* |
| 11/18/16 | Call to client re Loan Mod Offer | 36 mins.* |
| 11/20/16 | Email to Tom Puleo re Error in Loan Mod Packet | 12 mins.* |
| 12/2/16 | Receipt of Email from Client re Loan Mod | 12 mins.* |
|  | Review Documents Received. Try to figure Out Loan Mod Status | 30 mins.* |
| 12/4/16 | Email to Puleo, Letters unclear | 18 mins.* |
| 1/4/17 | Call Puleo re Mess | 18 mins.* |
| 1/6/17 | File Monthly Report | 12 mins. |
| 1/12/16 | Court Appearance | 1 hr. |
| 1/14/17 | Review 362 Motion | 24 mins.* |
| 1/15/17 | Call Client re 362 Motion | 18 mins.* |
| 1/16/17 | Prepare & File Answer to motion for Relief | 1.5 hrs.* |
| 1/25/17 | Start Draft of Fee Application | 36 mins. |
| 1/26/17 | Finish Draft of Fee Application | 2 hrs. |

| Date | Description | Time |
|---|---|---|
| 10/24/16 | Draft Long & short Form Fee Applications | 1 hr. |
| 11/1/16 | Emails to Jackie, from Goldman re Hearings | 30 mins. |
| 11/2/16 | Email, Call to Jackie re Continuance | 18 mins. |
| 11/5/16 | Email to Goldman, client re Loan Mod | 18 mins. |
|  | File Reports | 12 mins. |
| 11/9/16 | Email to Goldman | 12 mins.* |
| 11/14/16 | Received Letter from MG with Loan Mod Offer | 30 mins.* |
| 11/18/16 | Call to client re Loan Mod Offer | 36 mins.* |
| 11/20/16 | Email to Tom Puleo re Error in Loan Mod Packet | 12 mins.* |
| 12/2/16 | Receipt of Email from Client re Loan Mod | 12 mins.* |
|  | Review Documents Received, Try to figure Out Loan Mod Status | 30 mins.* |
| 12/4/16 | Email to Puleo, Letters unclear | 18 mins.* |
| 1/4/17 | Call Puleo re Mess | 18 mins.* |
| 1/6/17 | File Monthly Report | 12 mins. |
| 1/12/16 | Court Appearance | 1 hr. |
| 1/14/17 | Review 362 Motion | 24 mins.* |
| 1/15/17 | Call Client re 362 Motion | 18 mins.* |
| 1/16/17 | Prepare & File Answer to motion for Relief | 1.5 hrs.* |
| 1/25/17 | Start Draft of Fee Application | 36 mins. |
| 1/26/17 | Finish Draft of Fee Application | 2 hrs. |
| 1/31/17 | Call to McCabe, Review Exhibits to Answer | 30 mins.* |
| 2/2/17 | Email from McCabe, Forward to Client re App. for Loan Mod | 18 mins.* |
| 2/7/17 | Email from Client re Progress on App. | 12 mins.* |

| Date | Description | Time |
|---|---|---|
| 2/12/17 | Prepare for Hearings on 2/16 | 30 mins.* |
| 2/15/17 | Email & Call to Client re Hearings | 12 mins.* |
| 2/16/17 | Appear at Hearing on Relief Motion | 1 hr.* |
| 3/3/17 | Email from Client re Loan Mod. App. | 12 mins.* |
| 3/6/17 | Call & Email from Client, Forward to DerKrikorian | 18 mins.* |
|  | File Monthly Report | 12 mins. |
| 3/16/17 | Calls to DerKrikorian, Client | 12 mins.* |
| 3/20/17 | Call from Client | 12 mins.* |
| 3/22/17 | Calls to DerKrikoprian, Eileen, Client re Hearing | 18 mins.* |
| 3/23/17 | Continued Hearings on 3622 Motion, Confirmation | 1.5 hrs.* |
| 3/30/17 | Calls to Client after Emails | 12 mins.* |
| 3/31/17 | Emails, Calls from Client | 18 mins.* |
| 4/10/17 | Monthly Report filed | 12 mins. |
| 4/17/17 | Calls, Email to DerKrikorian | 12 mins.* |
| 4/27/17 | Further Emails re Loan Mod App. | 18 mins.* |
| 5/8/17 | Filed monthly Report | 12 mins. |
| 5/26/17 | Email to Jackie re status of Motion | 18 mins.* |
| 6/1/17 | Hearings continued to 6/15 | 12 mins. |
| 6/10/17 | Monthly Report Filed | 12 mins. |
| 6/12/17 | Calls to McCabe , Reply, Call Client | 18 mins.* |
| 6/15/17 | Attend Court Hearings | 1 hr.* |
| 6/30/17 | Letter to Client | 12 mins. |
| 7/3/17 | Prepared, Filed, & Served Objections to Claim | 1.5 hrs.*. |

| Date | Description | Time |
|---|---|---|
| 7/6/17 | Filed Monthly Report | 12 mins. |
| 7/14/17 | Call to client re Loan Mod App | 12 mins.* |
| 7/31/17 | Emails to McCabe Frim | 12 mins.* |
| 8/1/17 | Review Files, Prepare for Hearing | 30 mins.* |
| 8/2/17 | Calls to Client to Prepare for Hearing | 18 mins.* |
| | Check & Copy Exhibits for Hearing | 18 mins.* |
| 8/3/17 | Court Hearings | 2 hrs.* |
| 8/6/17 | Prepared & Filed 5th Amended Plan | 30 mins. |
| 8/9/17 | Review & Comment to Der Krikorian re Proposed Order | 18 mins.* |
| 8/11/17 | Call Clients re Proposed Order, status of New App | 18 mins.* |
| 8/22/17 | Eamils & Calls to client, Review File | 36 mins.* |
| 8/24/17 | Calls to continue Hearing | 18 mins. |
| | Emails re Loan Mod.Status | 18 mins.* |
| 8/28/17 | Check Fee Application in files | 12 mins. |
| 8/31/17 | Email to Client re Loan Mod. Status | 12 mins.* |
| 9/2/17 | Review Objection & Exhibits | 30 mins.* |
| 9/6/17 | Calls re continuance to Jackie, Eileen, Client | 30 mins. |
| | File Monthly Report | 12 mins. |
| 9/18/17 | Call to Client | 12 mins. |
| 9/21/17 | Court Hearings, Objections Denied | 1 hr.* |
| 9/26/17 | Emails Back & Forth re Loan Mod status | 30 mins.* |
| 10/3/17 | File Monthly Report | 12 mins. |
| 10/11/17 | Review Fee Application Status | 12 mins. |

| Date | Description | Time |
|---|---|---|
| 10/12/17 | Update Fee Application | 1.5 hrs. |
| 10/19/17 | Emails from BSI to Clients, & Reply | 12 mins.* |
| 11/5/17 | File Monthly Report | 12 mins. |
| 11/13/17 | Call DerKrikorian to Check Loan Mod Status | 12 mins.* |
| 11/16/17 | Court Appearance | 30 mins. |
| 11/22/17 | Email from Mortgagee, Forwarded to Clients | 18 mins.* |
| 12/1/17 | Filed Monthly Report | 12 mins. |
| 12/12/17 | Email Received, Called Clients | 12 mins.* |
| 12/18/17 | Received Letter from BSI | 6 mins.* |
| 12/21/17 | Email to Clients | 12 mins.* |
| 1/4/18 | Filed Monthly Report | 12 mins. |
| 1/25/18 | Call from BSI | 6 mins.* |
| 2/1/18 | Court Appearance | 1 hr. |
| 2/18/18 | Emails from mortgagee, to Clients | 18 mins.* |
| 2/20/18 | Forwarded Requests to Clients | 12 mins.* |
| 3/2/18 | Call from BSI, Called to Clients | 18 mins.* |
|  | Contact with Clients | 12 mins.* |
| 3/3/18 | Monthly Report Filed and Corrected | 12 mins. |
| 3/18/18 | Call to Clients for Ststus with mortgagee | 12 mins.* |
|  | Response from Clients, Back to BSI | 18 mins.* |
| 3/22/18 | Court Appearance | 1 hr. |
| 3/25/18 | Email from BSI, Forwarded to Clients | 12 mins.* |
| 4/4/18 | Monthly Report Filed | 12 mins. |

| Date | Description | Time |
|---|---|---|
| 5/5/18 | Monthly Report Filed | 12 mins. |
| 5/15/18 | Call from client, Trip to Africa | 12 mins. |
| 5/31/18 | Emails from Client re Report | 12 mins. |
| 6/4/18 | email from Client re Mortgage Status | 12 mins.* |
| 6/7/18 | Email with Reports | 12 mins. |
| 6/14/18 | Emails From Mortgagee, to Client | 18 mins.* |
| 6/25/18 | Review File, Call Client | 18 mins. |
| 6/27/18 | Calls, Emails to BSI, Back to Clients | 24 mins.* |
|  | File Monthly Report | 12 mins. |
| 6/28/18 | Call to Client, Response to Mortgagee | 12 mins.* |
|  | Update Fee Application | 1 hr. |
| 7/2/18 | Response re Loan Mod Status | 18 mins.* |
| 7/5/18 | Court Appearance | 1.5 hrs. |

Through 7-6-18

TOTAL HOURS: 85 hrs, 32 mins.

HOURS OF SERVICE OVER $2500 BASE AMOUNT (NOTED BY *): 43 hrs., 2 mins.

@ $200/hr. = $8600.00

TOTAL FEE DUE TO DATE: $2500 + $8600 = $11,100 less $1000 paid = $10,100.00