**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**BRUCE K. TURNER,**   : CHAPTER 13
      **Debtor**   : BANKRUPTCY NO. 15-14580

**NOTICE OF FEE APPLICATION**

Notice is hereby given to all interested parties that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in the amount of $11,100 for this case, has been filed. Any Objection to this Application must be filed and served upon me within twenty-one days from July 6, 2018, on or before which date this Notice will be served. A copy of the Application is being provided to the Chapter 13 Trustee, the United States Trustee, and the Debtor. Any interested parties can obtain a copy from me on request.

                                                  _____
                                                  /s/ DAVID A. SCHOLL
                                                  512 Hoffman Street
                                                  Philadelphia, PA  19148
                                                  610-550-1765
                                                  Attorney for Debtor

\