United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14580-mdc
Bruce K. Turner                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 2              Date Rcvd: Jul 09, 2018
                              Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db              +Bruce K. Turner,    4903 Parkside Avenue North,    Philadelphia, PA 19131-2609
cr              +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13553796        +Bernard H. Fisher,    2614 Tonbridge Road,    Wilmington, DE 19810-1217
13553797        +JoAnna C. Turner,    4903 Parkside Ave. North,    Philadelphia, PA 19131-2609
13553800        +Pennsylvania Department of Revenue,    P.O. Box 281041,    Harrisburg, PA 17128-1041
13665968        +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13979423         U.S. Bank Trust National Association,    c/o BSI Financial Services,    P.O. Box 679002,
                  Attn: Payment Processing Department,    Dallas, Texas 75267-9002
13588537        +US Bank, National Association,    Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
13553802         Water Revenue Department,    Philadelphia Revenue Department,    1401 JFK Blvd.,
                  Philadelphia, PA 19102-1663
13553803        +Wells Fargo Bank, N.A., as Trustee,    8742 Lucent Blvd., suite 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jul 10 2018 06:01:41     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 10 2018 06:01:37     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Jul 10 2018 06:01:41     City of Philadelphia,
                  Law Revenue Bureau,   c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                  5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13553795        +E-mail/Text: broman@amhfcu.org Jul 10 2018 06:01:35     American Heritage Federal Credit Union,
                  2060 Red Lion Road,   Philadelphia, PA 19115-1699
13641163         E-mail/Text: megan.harper@phila.gov Jul 10 2018 06:01:41     City of Philadelphia,
                  Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13598151        +E-mail/Text: bankruptcy@cavps.com Jul 10 2018 06:01:35     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13566969         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2018 06:01:29
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
13553801        +E-mail/Text: blegal@phfa.org Jul 10 2018 06:01:34     Pennsylvania Housing Finance Agency,
                  211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13553798*       +JoAnna C. Turner,    4903 Parkside Ave. North,    Philadelphia, PA 19131-2609
13553799*       +JoAnna C.Turner,    4903 Parkside Avenue North,    Philadelphia, PA 19131-2609
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    US Bank, National Association, not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com

```
District/off: 0313-2           User: Jennifer            Page 2 of 2                  Date Rcvd: Jul 09, 2018
                               Form ID: pdf900          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        CELINE P. DERKRIKORIAN    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor   U.S. Bank Trust National Association ecfmail@mwc-law.com
        DAVID A. SCHOLL    on behalf of Debtor Bruce K. Turner judgescholl@gmail.com
        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        MEGAN N. HARPER    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov, karena.blaylock@phila.gov
        THOMAS I. PULEO    on behalf of Creditor   US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                       TOTAL: 10

Case 15-14580-mdc    Doc 161    Filed 07/11/18    Entered 07/12/18 01:06:41    Desc
Imaged Certificate of Notice    Page 2 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Bruce K. Turner, | : | |
| Debtor. | : | Bankruptcy No.   15-14580-MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.   All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.   Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: July 9, 2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE