# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRUCE K. TURNER                                   : Chapter 13
Debtor                                            : BANKR. No. 15-14580

## CERTIFICATION OF NO RESPONSE

I hereby certify that, on or before July 11, 2018, I served Notice of the Fee Application of the Debtor's Counsel, upon all known creditors, and the entire Application upon the Chapter 13 Trustee, the Debtor, and the Office of the United States Trustee. I also served a copy of this court's Order of July 9, 2018, dismissing this case but retaining jurisdiction as to any administrative claims filed upon all known interested parties on or before July 11, 2018. I further certify that no answer or Objection to my Application or any further administrative claim was filed or served on me by August 3, 2018, and the Order attached to the Application can be entered as uncontested.

Dated: August 4, 2018

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor