UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Bruce K. Turner, | : | |
| Debtor | : | Bankruptcy No. 15-14580-MDC |

# O R D E R

**AND NOW**, this 14th day of August, 2018, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from June 8, 2015 thru July 5, 2018, it is hereby **ORDERED** that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is **GRANTED**, and the Applicant is awarded compensation of $11,100 for this period. The trustee shall distribute $10,100 to the Applicant from the available funds paid by the Debtor.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE