United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-14580-mdc
Bruce K. Turner                                                     Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 14, 2018
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db              +Bruce K. Turner,    4903 Parkside Avenue North,    Philadelphia, PA 19131-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
            ANDREW F GORNALL    on behalf of Creditor    US Bank, National Association, not in its individual
            capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            ANN E. SWARTZ    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
            National Association, as Legal Title Trustee ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
            CELINE P. DERKRIKORIAN    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing
            agent for U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal
            Title Trustee ecfmail@mwc-law.com
            CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank Trust National Association
            ecfmail@mwc-law.com
            DAVID A. SCHOLL    on behalf of Debtor Bruce K. Turner judgescholl@gmail.com
            JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
            MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
            karena.blaylock@phila.gov
            THOMAS I. PULEO    on behalf of Creditor    US Bank, National Association, not in its individual
            capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :          Chapter 13

Bruce K. Turner,                                :

              Debtor                            :          Bankruptcy No.  15-14580-MDC

# <u>O R D E R</u>

**AND NOW**, this 14th day of August, 2018, upon consideration of the Fee Application of David

A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from June 8,

2015 thru July 5, 2018, it is hereby **ORDERED** that the Fee Application of David A. Scholl, Esquire,

Counsel for the Debtor, for compensation is **GRANTED**, and the Applicant is awarded compensation of

$11,100 for this period.  The trustee shall distribute $10,100 to the Applicant from the available funds

paid by the Debtor.

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE